# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lanzillo, Richard A. | U.S. District Court, Western District of Pennsylvania | 05/06/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
17 South Park Row
Erie, PA 16501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair | Mercyhurst University Board of Trustees |
| 2. | Vice President and General Counsel | Knox Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Knox Law (Salary) | $535,313.34 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Millcreek Township School District |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC BANK (CASH) | C | Interest | N | T | | | | | |
| 2. LAW BUILDING COMPANY LLC (Y) | | | | | | | | | |
| 3. 401K ACCT #1 (H) | | | | | | | | | |
| 4. AB CASH SWEEP (CASH) (Y) | | | | | | | | | |
| 5. BERNSTEIN INTERMED DUR PORT (SNIDX) | D | Dividend | M | T | | | | | |
| 6. AB BOND INFLATION STRAT CL 1 (ABNOX) | B | Dividend | K | T | | | | | |
| 7. AB GLOBAL BOND FD ADV CL (ANAYX) | D | Dividend | M | T | | | | | |
| 8. AB DISCOVERY VALUE FUND ADV CL (ABASX) | A | Dividend | J | T | | | | | |
| 9. AB DISCOVERY GROWTH FUND ADV CL (CHCYX) | B | Dividend | J | T | | | | | |
| 10. AB SMALL CAP CORE PORT ADV (SCRYX) | A | Dividend | J | T | | | | | |
| 11. BERNSTEIN INTERNATIONAL PORTFOLIO (SIMTX) | B | Dividend | K | T | | | | | |
| 12. AB INTL STRAT EQI PORT ADV (STEYX) | B | Dividend | L | T | | | | | |
| 13. AB INTL SMALL CAP PORT ADV CL (IRCYX) | B | Dividend | K | T | | | | | |
| 14. BERNSTEIN EMERGING MKTS PORT (SNEMX) | A | Dividend | J | T | Buy (add'l) | 12/12/18 | J | | |
| 15. AB ALL MARKET REAL RETURN PORT CL 1 (AMTAX) | C | Dividend | K | T | | | | | |
| 16. OVERLAY A PORTFOLIO CL 1 (SAOOX) | D | Dividend | M | T | Buy (add'l) | 12/19/18 | J | | |
| 17. OVERLAY B PORTFOLIO CL 1 (SBOOX) | D | Dividend | M | T | Buy (add'l) | 12/19/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AB CAP FED INC INTL STRAT CORE PORT ADV (ISRYX) (Y) | | | | | | | | | |
| 19. AB CAP FED INC (Y) | | | | | | | | | |
| 20. AB EMERGING MKTS MULTI ASSET PORT (ABAEX) (Y) | | | | | | | | | |
| 21. AB CAP FED INC GLBL CORE EQI (GCEYX) (Y) | | | | | | | | | |
| 22. ADOBE SYSTEMS INC (ADBE) | | None | J | T | | | | | |
| 23. AETNA INC (AET) (Y) | | | | | | | | | |
| 24. ALPHABET INC CLASS C (GOOG) | | None | J | T | Buy | 11/07/18 | J | | |
| 25. ALTRIA GROUP (MO) | A | Dividend | J | T | | | | | |
| 26. AMDOCS LIMITED (DOX) (Y) | | | | | | | | | |
| 27. AMEREN CORP (AEE) (Y) | | | | | | | | | |
| 28. AMERICAN ELECTRIC POWER (AEP) | A | Dividend | J | T | | | | | |
| 29. AMERICAN FINANCIAL GROUP (AFG) (Y) | | | | | | | | | |
| 30. AMERICAN INTERNATIONAL GROUP (AIG) (Y) | | | | | | | | | |
| 31. ANTHEM INC (ANTM) | A | Dividend | J | T | | | | | |
| 32. AON PLC (AON) (Y) | | | | | | | | | |
| 33. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 34. AUTOZONE INC (AZO) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AVERY DENNISON CORP (AVY) (Y) | | | | | | | | | |
| 36. BANK OF AMERICA (BAC) | A | Dividend | J | T | | | | | |
| 37. BEMIS CO INC (BMS) (Y) | | | | | | | | | |
| 38. BERKSHIRE HATHAWAY (BRK.A) | | None | J | T | | | | | |
| 39. BERRY PLASTICS GROUP INC (BERY) (Y) | | | | | | | | | |
| 40. BIOGEN INC (BIIB) | | None | J | T | | | | | |
| 41. BOEING CO (BA) | A | Dividend | J | T | | | | | |
| 42. BOOKING HOLDINGS INC (BKNG) | | None | J | T | Buy | 10/01/18 | J | | |
| 43. BOOZ ALLEN HAMILTON (BAH) (Y) | | | | | | | | | |
| 44. BRITISH AMERICAN TOBACCO (BTI) (Y) | | | | | | | | | |
| 45. BROADRIDGE FINANCIAL SOLUTIONS (BR) (Y) | | | | | | | | | |
| 46. CARNIVAL CORP (CCL) (Y) | | | | | | | | | |
| 47. CBS CORP (CBS) (Y) | | | | | | | | | |
| 48. CBRE GROUP (CBRE) | | None | J | T | | | | | |
| 49. CDW CORP (CDW) | A | Dividend | J | T | | | | | |
| 50. CERNER (CERN) (Y) | | | | | | | | | |
| 51. CHEVRON CORP (CVX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CIGNA CORP (CI) (Y) | | | | | | | | | |
| 53. CISCO SYSTEMS (CSCO) | A | Dividend | J | T | | | | | |
| 54. CITIGROUP INC (C) | A | Dividend | J | T | | | | | |
| 55. CME GROUP (CME) | A | Dividend | | | Sold | 11/06/18 | J | | |
| 56. COGNIZANT TECHNOLOGY SOLUTIONS (CTSH) | A | Dividend | J | T | | | | | |
| 57. CONSTELLATION BRANDS (STZ) | A | Dividend | J | T | | | | | |
| 58. COMCAST CORP (CMCSA) | A | Dividend | J | T | | | | | |
| 59. COMPASS GROUP PLC (CMPGY) (Y) | | | | | | | | | |
| 60. COSTCO WHOLESALE (COST) | A | Dividend | J | T | | | | | |
| 61. CROWN CASTLE INTERNATIONAL CORP (CCI) | A | Dividend | | | Sold | 10/18/18 | J | | |
| 62. CUBESMART (CUBE) | A | Dividend | J | T | | | | | |
| 63. CVS HEALTH CORP (CVS) (Y) | | | | | | | | | |
| 64. DELTA AIR LINES (DAL) | A | Dividend | J | T | | | | | |
| 65. DEVON ENERGY CORP (DVN) (Y) | | | | | | | | | |
| 66. DOLLAR GENERAL CORP (DG) | A | Dividend | J | T | | | | | |
| 67. DOW CHEMICAL (DWDP) (Y) | | | | | | | | | |
| 68. EATON CORP (ETN) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. EBAY INC (EBAY) | | None | | | Sold | 10/02/18 | J | | |
| 70. EDISON INTERNATIONAL (EIX) (Y) | | | | | | | | | |
| 71. EDWARDS LIFESCIENCES (EW) | | None | J | T | | | | | |
| 72. ELI LILLY & CO (LLY) (Y) | | | | | | | | | |
| 73. EOG RES INC (EOG) | A | Dividend | J | T | | | | | |
| 74. ESSENT GROUP LTD (ESNT) (Y) | | | | | | | | | |
| 75. EVEREST RE GROUP LTD (RE) | A | Dividend | J | T | | | | | |
| 76. EXXON MOBIL CORP (XOM) | A | Dividend | J | T | | | | | |
| 77. FACEBOOK (FB) | | None | J | T | | | | | |
| 78. FIDELITY NATIONAL FINANCIAL (FNF) | | None | J | T | | | | | |
| 79. FIDELITY NATIONAL INFORMATION SERVICES (FIS) | A | Dividend | J | T | | | | | |
| 80. FISERV INC (FISV) (Y) | | | | | | | | | |
| 81. GARTNER INC (IT) (Y) | | | | | | | | | |
| 82. GENPACT LIMITED (G) (Y) | | | | | | | | | |
| 83. GILEAD SCIENCES (GILD) | A | Dividend | J | T | | | | | |
| 84. GOLDMAN SACHS GROUP (GS) | A | Dividend | J | T | | | | | |
| 85. HASBRO INC (HAS) (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. HELEN OF TROY LTD (HELE) (Y) | | | | | | | | | |
| 87. HESS CORP (HES) (Y) | | | | | | | | | |
| 88. HOME DEPOT (HD) | A | Dividend | J | T | | | | | |
| 89. HONEYWELL INTERNATIONAL (HON) | A | Dividend | J | T | | | | | |
| 90. HP INC (HPQ) | A | Dividend | J | T | | | | | |
| 91. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 92. INTERCONTINENTAL EXCHANGE INC (ICE) (Y) | | | | | | | | | |
| 93. INTUITIVE SURGICAL (ISRG) (Y) | | | | | | | | | |
| 94. JOHNSON & JOHNSON (JNJ) (Y) | | | | | | | | | |
| 95. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |
| 96. KIMBERLY CLARK CORP (KMB) (Y) | | | | | | | | | |
| 97. L3 TECHNOLOGIES (LLL) (Y) | | | | | | | | | |
| 98. LAMAR ADVERTISING (LAMR) (Y) | | | | | | | | | |
| 99. LOCKHEED MARTIN CORP (LMT) (Y) | | | | | | | | | |
| 100. LYONDELLBASELL INDUSTRIES (LYB) | | None | J | T | | | | | |
| 101. MAGNA INTERNATIONAL (MGA) | A | Dividend | J | T | | | | | |
| 102. MARATHON PETE CORP (MPC) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MARSH & MCLENNAN (MMC) (Y) | | | | | | | | | |
| 104. MASTERCARD INC (MA) (Y) | | | | | | | | | |
| 105. MCDONALDS CORP (MCD) | | None | J | T | | | | | |
| 106. MCKESSON CORP (MCK) (Y) | | | | | | | | | |
| 107. MEDTRONIC PLC (MDT) | A | Dividend | J | T | | | | | |
| 108. MERCK & CO (MRK) | A | Dividend | J | T | | | | | |
| 109. MICHAELS COMPANIES (MIK) (Y) | | | | | | | | | |
| 110. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 111. MID AMERICA APARTMENT COMMUNITIES (MAA) | A | Dividend | J | T | | | | | |
| 112. MOTOROLA SOLUTIONS INC (MSI) (Y) | | | | | | | | | |
| 113. NATIONAL OILWELL VARCO (NOV) | A | Dividend | J | T | | | | | |
| 114. NICE LTD (NICE) (Y) | | | | | | | | | |
| 115. NIKE INC (NKE) | A | Dividend | J | T | | | | | |
| 116. NISOURCE INC (NI) | A | Dividend | J | T | | | | | |
| 117. NOKIA (NOK) | A | Dividend | J | T | | | | | |
| 118. NORFOLK SOUTHERN (NSC) | A | Dividend | J | T | | | | | |
| 119. NORTHROP GRUMMAN (NOC) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. OMNICOM GROUP (OMC) (Y) | | | | | | | | | |
| 121. ORACLE CORP (ORCL) | A | Dividend | J | T | | | | | |
| 122. PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 123. PFIZER INC (PFE) | A | Dividend | J | T | | | | | |
| 124. PHILIP MORRIS INTL (PM) (Y) | | | | | | | | | |
| 125. PNC FINANCIAL SVCS GROUP (PNC) (Y) | | | | | | | | | |
| 126. PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 127. PROGRESSIVE CORP OHIO (PGR) | A | Dividend | J | T | | | | | |
| 128. QUEST DIAGNOSTICS (DGX) (Y) | | | | | | | | | |
| 129. RAYTHEON CO (RTN) | A | Dividend | J | T | | | | | |
| 130. REGENCY CENTERS CORP (REG) | A | Dividend | J | T | | | | | |
| 131. REPUBLIC SERVICES INC (RSG) (Y) | | | | | | | | | |
| 132. ROSS STORES (ROST) | A | Dividend | J | T | | | | | |
| 133. ROYAL DUTCH SHELL (RDS.B) | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 134. S&P GLOBAL INC (SPGI) | A | Dividend | J | T | | | | | |
| 135. SANDERSON FARMS INC (SAFM) (Y) | | | | | | | | | |
| 136. SCHLUMBERGER LTD (SLB) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. SEALED AIR CORP (SEE) (Y) | | | | | | | | | |
| 138. SHERWIN WILLIAMS CO (SHW) (Y) | | | | | | | | | |
| 139. STARBUCKS CORP (SBUX) (Y) | | | | | | | | | |
| 140. SUN COMMUNITIES (SUI) | A | Dividend | J | T | | | | | |
| 141. SYNCHRONY FINANCIAL (SYF) | A | Dividend | J | T | | | | | |
| 142. TEXAS INSTRUMENTS INC (TXN) | A | Dividend | J | T | | | | | |
| 143. TJX COMPANIES (TJX) | A | Dividend | J | T | | | | | |
| 144. T MOBILE US (TMUS) | | None | J | T | | | | | |
| 145. TORONTO DOMINION BANK (TD) (Y) | | | | | | | | | |
| 146. TOTAL SYSTEM SERVICES (TSS) | A | Dividend | J | T | | | | | |
| 147. TYSON FOODS INC CL A (TSN) (Y) | | | | | | | | | |
| 148. UGI CORP (UGI) (Y) | | | | | | | | | |
| 149. ULTA BEAUTY (ULTA) (Y) | | | | | Buy | 11/07/18 | J | | |
| 150. UNITED HEALTH GROUP INC (UNH) | A | Dividend | J | T | | | | | |
| 151. US BANCORP (USB) (Y) | | | | | | | | | |
| 152. US FOODS HOLDING CORP (USFD) | | None | J | T | | | | | |
| 153. VALIDUS HOLDINGS (VR) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. VISA INC (V) | A | Dividend | J | T | | | | | |
| 155. VERIZON COMMUNICATIONS (VZ) | A | Dividend | J | T | | | | | |
| 156. VERTEX PHARMACEUTICALS (VRTX) | | None | J | T | | | | | |
| 157. WALGREEN BOOTS ALLIANCE (WBA) (Y) | | | | | | | | | |
| 158. WALMART STORES (WMT) | A | Dividend | J | T | | | | | |
| 159. WALT DISNEY CO (DIS) | A | Dividend | J | T | | | | | |
| 160. WELLS FARGO & CO (WFC) | A | Dividend | J | T | | | | | |
| 161. XEROX CORP (XRX) | A | Dividend | J | T | | | | | |
| 162. XILINX INC (XLNX) | A | Dividend | J | T | | | | | |
| 163. ZOETIS (ZTS) | A | Dividend | J | T | | | | | |
| 164. 401K ACCT #2 (H) | | | | | | | | | |
| 165. AB MULTIMANAGER ALTERNATIVE FUND (AB15670) | B | Dividend | M | T | | | | | |
| 166. 401K ACCT #3 (H) | | | | | | | | | |
| 167. AB EMERGING MARKETS MULTI (ABYEX) | B | Dividend | K | T | | | | | |
| 168. AB CAP FD INC GLBL CORE EQI PORT ADV CL (GCEYX) | B | Dividend | L | T | | | | | |
| 169. AB SUSTAINABLE GLOBAL THEMATIC FUND CL ADV (ATEYX) | D | Dividend | L | T | | | | | |
| 170. BERNSTEIN EMERGING MKTS PORT (SNEMX) | | None | K | T | Buy (add'l) | 12/12/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. IRA ACCT #1 (H) | | | | | | | | | |
| 172. AB CASH SWEEP ACCOUNT (CASH) (Y) | | | | | | | | | |
| 173. IRA ACCT #2 (H) | | | | | | | | | |
| 174. AB CAP FD INC GLBL CORE EQI PORT ADV CL (GCEYX) | B | Dividend | K | T | | | | | |
| 175. IRA ACCT #3 (H) | | | | | | | | | |
| 176. AB CASH SWEEP ACCOUNT (CASH) (Y) | | | | | | | | | |
| 177. IRA ACCT #4 (H) | | | | | | | | | |
| 178. AB CAP FD INC GLBL CORE EQI PORT ADV CL (GCEYX) | B | Dividend | K | T | | | | | |
| 179. BROKERAGE #1 (H) | | | | | | | | | |
| 180. AB CASH SWEEP ACCOUNT (CASH) (Y) | | | | | | | | | |
| 181. BERNSTEIN DIVERSIFIED MUNICIPAL PORTFOLIO (SNDPX) | C | Dividend | M | T | | | | | |
| 182. ALPHABET INC (GOOGL) | | None | J | T | | | | | |
| 183. AMDOCS LIMITED (DOX) | A | Dividend | J | T | | | | | |
| 184. AMEREN CORP (AEE) | A | Dividend | J | T | | | | | |
| 185. AMERICAN ELECTRIC POWER CO INC (AEP) | A | Dividend | J | T | | | | | |
| 186. AMERICAN FINANCIAL GROUP INC (AFG) (Y) | | | | | | | | | |
| 187. ANTHEM INC (ANTM) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. AON PLC (AON) | A | Dividend | J | T | | | | | |
| 189. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 190. AUTOMATIC DATA PROCESSING INC (ADP) | | None | J | T | Buy | 12/21/18 | J | | |
| 191. AUTOZONE INC (AZO) | | None | J | T | | | | | |
| 192. AVERY DENNISON CORP (AVY) (Y) | | | | | | | | | |
| 193. BOEING CO (BA) | A | Dividend | J | T | | | | | |
| 194. BOOZ ALLEN HAMILTON (BAH) | A | Dividend | J | T | | | | | |
| 195. BRISTOL MYERS SQUIBB CO (BMY) | A | Dividend | J | T | | | | | |
| 196. BRITISH AMERICAN TOBACCO (BTI) | A | Dividend | J | T | | | | | |
| 197. BROWN & BROWN INC (BRO) | A | Dividend | J | T | | | | | |
| 198. CDW CORPORATION (CDW) | A | Dividend | J | T | | | | | |
| 199. CHECK POINT SOFTWARE (CHKP) | | None | J | T | Buy | 10/25/18 | J | | |
| 200. CHEVRON CORPORATION (CVX) | A | Dividend | J | T | | | | | |
| 201. CME GROUP INC (CME) | A | Dividend | J | T | | | | | |
| 202. COMCAST CORP (CMCSA) | A | Dividend | J | T | | | | | |
| 203. COMERICA INC (CMA) (Y) | | | | | | | | | |
| 204. COMPASS GROUP PLC (CMPGY) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 24

Name of Person Reporting

Lanzillo, Richard A.

Date of Report

05/06/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. COPART INC (CPRT) | | None | J | T | | | | | |
| 206. CUBESMART (CUBE) (Y) | | | | | | | | | |
| 207. CVS HEALTH CORPORATION (CVS) | A | Dividend | J | T | | | | | |
| 208. DECKERS OUTDOOR CORPORATION (DECK) | | None | J | T | | | | | |
| 209. DOLLAR GENERAL CORPORATION (DG) | | None | J | T | Buy | 10/25/18 | J | | |
| 210. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 211. ELI LILLY & CO (LLY) | A | Dividend | J | T | | | | | |
| 212. EOG RES INC (EOG) (Y) | | | | | | | | | |
| 213. EVEREST RE GROUP LTD (RE) | A | Dividend | J | T | | | | | |
| 214. FACEBOOK INC (FB) (Y) | | | | | | | | | |
| 215. FIDELITY NATIONAL INFORMATION (FIS) | A | Dividend | J | T | | | | | |
| 216. FIDELITY NATIONAL FINANCIAL (FNF) | | None | J | T | | | | | |
| 217. FISERV INC (FISV) (Y) | | | | | | | | | |
| 218. F5 NETWORKS INC (FFIV) (Y) | | | | | | | | | |
| 219. GENPACT LIMITED (G) (Y) | | | | | | | | | |
| 220. GILEAD SCIENCES INC (GILD) | A | Dividend | J | T | | | | | |
| 221. HASBRO INC (HAS) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. HARRIS CORP-DEL (HRS) | A | Dividend | J | T | | | | | |
| 223. HELEN OF TROY LTD-BERMUDA (HELE) | | None | J | T | | | | | |
| 224. HOME DEPOT INC (HD) | A | Dividend | J | T | | | | | |
| 225. ICON PLC (ICLR) | | None | J | T | | | | | |
| 226. INTERCONTINENTAL EXCHANGE (ICE) | A | Dividend | J | T | | | | | |
| 227. INTUITIVE SURGICAL INC (ISRG) (Y) | | | | | | | | | |
| 228. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |
| 229. KIMBERLY CLARK CORP (KMB) (Y) | | | | | | | | | |
| 230. LAMAR ADVERTISING COMPANY (LAMR) | A | Dividend | J | T | | | | | |
| 231. LIBERTY MEDIA CORPORATION (Y) | | | | | | | | | |
| 232. LYONDELLBASELL INDUSTRIES (LYB) | | None | J | T | | | | | |
| 233. LOCKHEED MARTIN (LMT) (Y) | | | | | | | | | |
| 234. L3 TECHNOLOGIES (LLL) (Y) | | | | | | | | | |
| 235. MARSH & MCLENNAN COMPANIES INC (MMC) (Y) | | | | | | | | | |
| 236. MASTERCARD INCORPORATED (MA) | A | Dividend | J | T | | | | | |
| 237. MCDONALDS CORP (MCD) | A | Dividend | J | T | | | | | |
| 238. MERCK & CO INC (MRK) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. MICHAELS COMPANIES (MIK) (Y) | | | | | | | | | |
| 240. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 241. MID AMERICA APARTMENT (MAA) (Y) | | | | | | | | | |
| 242. MOTOROLA SOLUTIONS INC (MSI) | A | Dividend | J | T | | | | | |
| 243. NEXTERA ENERGY INC (NEE) | | None | J | T | | | | | |
| 244. NICE LTD (NICE) | A | Dividend | J | T | | | | | |
| 245. OMNICOM GROUP INC (OMC) (Y) | | | | | | | | | |
| 246. ORACLE CORPORATION (ORCL) | A | Dividend | J | T | | | | | |
| 247. PARK HOTELS & RESORTS INC (PK) | | None | J | T | | | | | |
| 248. PAYCHEX INC (PAYX) | | None | J | T | | | | | |
| 249. PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 250. PFIZER INC (PFE) | A | Dividend | J | T | | | | | |
| 251. PHILIP MORRIS INTERNATIONAL (PM) | A | Dividend | J | T | | | | | |
| 252. PNC FINANCIAL SVCS GROUP INC (PNC) | | None | J | T | | | | | |
| 253. PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 254. RAYTHEON CO (RTN) | A | Dividend | J | T | | | | | |
| 255. RELX PLC (RELX) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. REPUBLIC SERVICES INC (RSG) | A | Dividend | J | T | | | | | |
| 257. ROSS STORES INC (ROST) | A | Dividend | J | T | | | | | |
| 258. ROYAL DUTCH SHELL PLC (RDS.A) | A | Dividend | J | T | | | | | |
| 259. SCHLUMBERGER LTD (SLB) (Y) | | | | | | | | | |
| 260. SEALED AIR CORP NEW (SEE) | | None | J | T | | | | | |
| 261. SHERWIN WILLIAMS (SHW) | | None | | | Sold | 10/25/18 | J | | |
| 262. STARBUCKS CORP (SBUX) (Y) | | | | | | | | | |
| 263. SUN COMMUNITIES INC (SUI) (Y) | | | | | | | | | |
| 264. SYSCO CORP (SYY) | | None | J | T | | | | | |
| 265. TEXAS INSTRUMENTS INC (TXN) | A | Dividend | J | T | | | | | |
| 266. TIFFANY & CO NEW (TIF) (Y) | | | | | | | | | |
| 267. TJX COMPANIES INC NEW (TJX) | A | Dividend | J | T | | | | | |
| 268. TORONTO-DOMINION BANK (TD) | A | Dividend | J | T | | | | | |
| 269. TOTAL SYSTEM SERVICES INC (TSS) | A | Dividend | J | T | | | | | |
| 270. TYSON FOODS INC (TSN) (Y) | | | | | | | | | |
| 271. ULTA BEAUTY INC (ULTA) (Y) | | | | | | | | | |
| 272. UNITEDHEALTH GROUP INC (UNH) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. US BANCORP (USB) (Y) | | | | | | | | | |
| 274. VALIDUS HOLDINGS (VR) (Y) | | | | | | | | | |
| 275. VERISK ANALYTICS INC (VRSK) (Y) | | | | | | | | | |
| 276. VF CORPORATION (VFC) (Y) | | | | | | | | | |
| 277. VISA INC (V) | A | Dividend | J | T | | | | | |
| 278. WALMART STORES INC (WMT) | A | Dividend | J | T | | | | | |
| 279. WALGREEN BOOTS ALLIANCE (WBA) (Y) | | | | | | | | | |
| 280. WATSCO INC (WSO) (Y) | | | | | | | | | |
| 281. WELLS FARGO (WF) (Y) | | | | | | | | | |
| 282. 403B ACCT #1 (H) | | | | | | | | | |
| 283. FEDERATED EQUITY INCOME FUND CLASS A (LEIFX) (Y) | | | | | | | | | |
| 284. FEDERATED EQUITY INCOME FUND CLASS B (LEIBX) (Y) | | | | | | | | | |
| 285. FEDERATED EQUITY INCOME FUND CLASS IS (LEISX) | C | Dividend | K | T | | | | | |
| 286. FEDERATED STRATEGIC INCOME FUND INSTL CLASS (STISX) | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 287. FEDERATED MDT MID CAP GROWTH FUND CL A (FGSAX) (Y) | | | | | | | | | |
| 288. FEDERATED MDT MID CAP GROWTH FUND CL IS (FGSIX) | B | Dividend | J | T | | | | | |
| 289. FEDERATED CLOVER VALUE FUND CLASS B (VFCBX) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. FEDERATED CLOVER VALUE FUND CLASS A (VFCAX) (Y) | | | | | | | | | |
| 291. FEDERATED CLOVER SMALL VALUE FUND CLASS A (VSFAX) (Y) | | | | | | | | | |
| 292. FEDERATED CLOVER SMALL VALUE FUND INSTITUTIONAL CLASS (VSFIX) | B | Dividend | J | T | Sold (part) | 11/19/18 | J | | |
| 293. FEDERATED INT'L STRATEGIC VALUE DIVIDEND FUND CL A (IVFAX) (Y) | | | | | | | | | |
| 294. FEDERATED KAUFMANN LARGE CAP FUND CLASS A (KLCAX) (Y) | | | | | | | | | |
| 295. FEDERATED KAUFMANN LARGE CAP FUND CLASS IS (KLCIX) | C | Dividend | K | T | Sold (part) | 11/19/18 | J | | |
| 296. FEDERATED INTERCONTINENTAL FUND CLASS A (RIMAX) (Y) | | | | | | | | | |
| 297. FEDERATED STRATEGIC VALUE DIVIDEND FUND CL A (SVAAX) (Y) | | | | | | | | | |
| 298. FEDERATED STRATEGIC VALUE DIVIDEND FUND CL IS (SVAIX) | A | Dividend | J | T | | | | | |
| 299. FEDERATED KAUFMAN SMALL-CAP FUND CLASS B (FKBSX) (Y) | | | | | | | | | |
| 300. FEDERATED KAUFMAN SMALL-CAP FUND CLASS A (FKASX) (Y) | | | | | | | | | |
| 301. FEDERATED KAUFMANN FUND CLASS B (KAUBX) (Y) | | | | | | | | | |
| 302. FEDERATED KAUFMANN FUND CLASS A (KAUAX) (Y) | | | | | | | | | |
| 303. FEDERATED HIGH-INCOME BOND FUND CLASS A (FHIIX) (Y) | | | | | | | | | |
| 304. FEDERATED HIGH-INCOME BOND FUND CLASS B (FHBBX) (Y) | | | | | | | | | |
| 305. FEDERATED HIGH INCOME BOND FUND INC CLASS IS (FHISX) | A | Dividend | J | T | | | | | |
| 306. FEDERATED FLOATING RATE STRATEGIC INCOME FD CL IS (FFRSX) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. FEDERATED MDT LARGE CAP VALUE FUND CLASS A (FSTRX) (Y) | | | | | | | | | |
| 308. FEDERATED MDT LARGE CAP GROWTH FUND CLASS B (QBLGX) (Y) | | | | | | | | | |
| 309. FEDERATED MDT LARGE CAP GROWTH FUND CL A (QALGX) (Y) | | | | | | | | | |
| 310. FEDERATED TOTAL RETURN BOND FUND CLASS B (TLRBX) (Y) | | | | | | | | | |
| 311. FEDERATED TOTAL RETURN BOND FUND CLASS A (TLRAX) (Y) | | | | | | | | | |
| 312. FEDERATED TOTAL RETURN BOND FUND CLASS SS (FTRFX) | A | Dividend | J | T | Buy (add'l) | 11/19/18 | J | | |
| 313. FEDERATED INTERNATIONAL LEADERS FUND INST CL (FGFLX) | A | Dividend | K | T | Buy (add'l) | 11/19/18 | J | | |
| 314. FEDERATED INTERNATIONAL SMALL MID COMPANY FD CL A (ISCAX) (Y) | | | | | | | | | |
| 315. FEDERATED INTL SMALL-MID COMPANY FD CLASS IS (ISCIX) | A | Dividend | J | T | | | | | |
| 316. FEDERATED INTERNATIONAL LEADERS FUND CLASS B (FGFBX) (Y) | | | | | | | | | |
| 317. FEDERATED INTERNATIONAL LEADERS FUND CLASS A (FGFAX) (Y) | | | | | | | | | |
| 318. 529 ACCOUNT #1 (H) | | | | | | | | | |
| 319. FIDELITY NH CONSERVATIVE INDEX | | None | K | T | Buy | 12/27/18 | K | | |
| 320. FIDELITY NH MODERATE GROWTH PORTFOLIO | | None | K | T | | | | | |
| 321. 529 ACCOUNT #1 (H) | | | | | | | | | |
| 322. FIDELITY NH CONSERVATIVE INDEX | | None | K | T | Buy | 12/26/18 | K | | |
| 323. FIDELITY NH COLLEGE PORTFOLIO | | None | L | T | Sold (part) | 12/06/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lanzillo, Richard A. | 05/06/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Information in this report is based upon the filer's best available knowledge, information, and belief.

Parts I, II, and III A.: My positions and the buyout transaction with Knox Law were concluded prior to taking the bench.

Part VII, line 149: Following a reportable transaction, this item became unreportable without a corresponding reportable transaction.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 22, 25, 26, 44, 45, 49, 52-54, 66, 67, 77, 80, 87, 90, 96, 98, 102, 105, 107, 113-115, 120, 137, 140, 144, 148, 150, 151, 155, 161, 164, 170, 174, 186, and 190 of the amended initial report were not held during 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard A. Lanzillo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544